The following petitions for writs of certiorari are denied. MR. JUSTICE DOUGLAS would grant the petitions for writs of certiorari and reverse the judgments of the courts below for the reasons stated in the dissenting opinion of MR. JUSTICE BRENNAN in *Spencer* v. *Texas*, 385 U. S. 554, 587:

No. 2, Misc. GOODSPEED *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Petitioner *pro se*. *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Howard M. Fender*, Assistant Attorney General, for respondent.

No. 4, Misc. CARTER *v.* WILSON, WARDEN, ET AL. C. A. 9th Cir. Petitioner *pro se.* *Thomas C. Lynch*, Attorney General of California, and *Derald E. Granberg* and *John F. Kraetzer*, Deputy Attorneys General, for respondents.

No. 5, Misc. BREEN *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. *Richard Tinsman* for petitioner. *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Howard M. Fender* and *Gilbert J. Pena*, Assistant Attorneys General, for respondent.

No. 7, Misc. STANLEY, ALIAS SAUNDERS *v.* NEW YORK. Ct. App. N. Y. *Ephraim London* for petitioner. *Frank S. Hogan* for respondent.

No. 16, Misc. WAGONER *v.* BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Petitioner *pro se*. *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *J. Milton Richard-*